UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRENCE TAYLOR,

        Plaintiff,

                                      File No. 2:14-cv-175

v.

                                      HON. ROBERT HOLMES BELL

SCOTT SMITH et al.,

        Defendants.

_____/

## O R D E R

On October 13, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 50) recommending that Defendants' motion for summary judgment (ECF Nos. 23) be granted, and that Defendants Woods, Norton, and Ross be dismissed without prejudice for Plaintiff's failure to exhaust his administrative grievance remedies. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

      **IT IS HEREBY ORDERED** that the Magistrate Judge's October 13, 2015, R&R (ECF No. 50) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 23) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Woods, Norton, and Ross are dismissed without prejudice for Plaintiff's failure to exhaust his administrative grievance remedies.


Dated: January 15, 2016                    /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           UNITED STATES DISTRICT JUDGE