UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


TERRENCE TAYLOR,

       Plaintiff,

                                       Case No. 2:14-cv-175

v.

                                       HON. ROBERT HOLMES BELL

SCOTT SMITH, et al.,

       Defendants.

_____/


## ORDER

In accordance with the opinion entered on this date:

**IT IS HEREBY ORDERED** that Plaintiff's objections to the R&R (ECF No. 95) are **OVERRULED** in part and **GRANTED** in part.

**IT IS FURTHER ORDERED** that the portions of the August 24, 2016 R&R (ECF No. 93) addressing Plaintiff's rights to access the courts, due process, and equal protection are **APPROVED** and **ADOPTED** as the opinion of the Court. The portion of the R&R addressing Defendant Smith's qualified immunity is **NOT ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 83) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 81) is **GRANTED** in part and **DENIED** in part.  Plaintiff's access to court and due process claims are **DISMISSED** for lack of genuine dispute of material fact.

**IT IS FURTHER ORDERED** that partial **JUDGMENT** is entered in favor of Defendants as to Plaintiff's access to court and due process claims.

Dated: October 27, 2016                          /s/ Robert Holmes Bell
                                                 ROBERT HOLMES BELL
                                                 UNITED STATES DISTRICT JUDGE